PER CURIAM.
We review Russo v. Sera-Tec Biologicals, Inc., 650 So.2d 1000 (Fla. 2d DCA 1994), in which the court affirmed on the basis of R.J. v. Humana of Florida, Inc., 625 So.2d 116 (Fla. 5th DCA 1993). We accepted jurisdiction because the Humana case was pending before this Court. Art. V, § 3(b)(3), Fla. Const. See Jollie v. State, 405 So.2d 418 (Fla.1981). We have now decided the Humana case. R.J. v. Humana of Florida, Inc., 652 So.2d 360 (Fla.1995). Accordingly, we remand this case for disposition consistent with Humana.
It is so ordered.
GRIMES, C.J., and OVERTON, SHAW, KOGAN, HARDING, WELLS and ANSTEAD, JJ., concur.